FILED
May 22, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                                 )         Case No. 2:12-mj-00125-GGH
        Plaintiff, )
v. )
                                                 )        ORDER FOR RELEASE OF
RICHARD SERRELL, )        PERSON IN CUSTODY
        Defendant. )
                                                 )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release RICHARD SERRELL, Case No. 2:12-mj-00125-GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $75,000.00.

        _X_ Co-Signed Unsecured Appearance Bond

        ____ Secured Appearance Bond

        _X_ (Other) Conditions as stated on the record.

        ____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 5/22/2012 at 3:25 pm.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge