FILED
May 22, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-mj-00125-GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| RICHARD SERRELL, ) | PERSON IN CUSTODY |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RICHARD SERRELL, Case No. 2:12-mj-00125-GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

__X__   Bail Posted in the Sum of: $75,000.00.

    __X__   Co-Signed Unsecured Appearance Bond

    ____   Secured Appearance Bond

    __X__   (Other) Conditions as stated on the record.

____(Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   5/22/2012   at  3:25 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge